THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA (CSB #187176)
Assistant United States Attorney
    Federal Building  Suite 7516
    300 North Los Angeles Street
    Los Angeles, California
    Tel. 213 894-6117
    FAX: 213 894-7819
    Email: Sharla.Cerra@usdoj.gov

Attorneys for Defendant Commissioner of Social Security

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DANNETTE BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>    Defendant. | EDCV 02-1391 PLA<br><br><u>JUDGMENT FOR DEFENDANT</u> |

The Court having approved the stipulation of the parties to reopen this case for the purpose of entering judgment for Defendant, the Court hereby grants judgment for Defendant.

DATE: 5/6/08

                              PAUL L. ABRAMS
                              United States Magistrate Judge